IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID LEE PATTERSON, SR.**                                          **PLAINTIFF**
**ADC #129780**

v.                      Case No. 4:21-cv-00700-KGB

**CINDY GLOVER**, *et al*.                                             **DEFENDANTS**

### ORDER

Plaintiff David Lee Patterson, Sr. filed a complaint pursuant to 42 U.S.C. § 1983 alleging violations of his federally protected rights (Dkt. Nos. 2, 4). On February 11, 2022, the Court granted Mr. Patterson's motion to proceed *in forma pauperis* and directed him to file an amended complaint within 30 days, or by Monday, March 14, 2022 (Dkt. No. 11). The Court advised Mr. Patterson that his failure to comply with the Court's Order could result in the dismissal of his lawsuit without prejudice (*Id.*, at 9). A copy of the Court's February 11, 2022, Order was mailed to Mr. Patterson at his address of record.

Local Rule 5.5(c)(2) provides, in part: "If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice." 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas. As of the date of this Order, Mr. Patterson has not filed an amended complaint or otherwise responded to the Court's February 11, 2022, Order, and the time for doing so has passed. Accordingly, the Court dismisses without prejudice Mr. Patterson's claims for failure to prosecute (Dkt. Nos. 2, 4). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 20th day of January, 2023.

                                                _____
                                                Kristine G. Baker
                                                United States District Judge